**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant, KHAY XIONG

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00140 LJO |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | |
| KHAY XIONG, et al. | |
| Defendants. | |

It is hereby stipulated by and between Phillip Talbert, United States Attorney and Henry Carbajal, Assistant U.S. Attorney and Dale A. Blickenstaff, Attorney for the Defendant, that the sentencing date set for May 22, 2017, at 8:30 a.m. before the Honorable Lawrence J. O'Neill be continued to June 5, 2017, at 8:30 a.m.

The reason for the request is to allow sufficient time for the Defendant to be assessed for residential substance abuse treatment program.

The United States Probation Department has been consulted and approves of this stipulation for continuance.

Dated: May 16, 2017

By  /S/ Dale A. Blickenstaff
DALE A BLICKENSTAFF, Attorney for
Defendant, ANTHONY WINDFIELD

By   /S/  Henry Carbajal
HENRY CARBAJAL, Assistant U.S. Attorney

## **ORDER**

The Court has reviewed and considered the stipulation of the parties to continue sentencing in this case. Good Cause appearing, the sentencing is as to Khay Xiong currently set for May 22, 2017, is continued to June 5, 2017, at 8:30 a.m.

IT IS SO ORDERED.

Dated:  **May 17, 2017**        **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE