IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br> v.<br><br>KHAY XIONG<br><br>              Defendant. | Case No.: 1:11-cr-00140-002<br><br>ORDER OF RELEASE |

    The above named defendant has been accepted to the Poverello House Drug Treatment Program located in Fresno, California for a period of up to one year.

    IT IS HEREBY ORDERED that the defendant shall be released to **R. David Knoy, Program Director**, on August 22, 2017 at 9:00am for transportation directly to the inpatient drug treatment facility.

IT IS SO ORDERED.

    Dated:   **August 18, 2017**                    /s/ Lawrence J. O'Neill
                                                                UNITED STATES CHIEF DISTRICT JUDGE